**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:      In re Rack Room Shoes, Inc.

Appellate case number:   01-14-00470-CV

Trial court case number:  69664-B

Trial court:                       239th District Court of Brazoria County

      Relator Rack Room Shoes, Inc. filed a motion for temporary relief requesting that we stay the trial court's consideration of real party in interest's "Motion for Partial Summary Judgment Regarding Defendant's Affirmative Defenses of Pre-Existing and Subsequent Conditions" pending our consideration of Relator's petition for writ of mandamus. Relator's motion is GRANTED.

      We ORDER that proceedings in the trial court be stayed pending resolution of the petition for a writ of mandamus. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

      It is so ORDERED.


Judge's signature: /s/ Jane Bland
                ☑ Acting individually    ☐ Acting for the Court


Date:  July 11, 2014